

SO ORDERED,

*Edward Ellington*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: August 31, 2016**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                    **CHAPTER 7**
NORMAN T. WATSON                                         **CASE NO. 1302892EE**

NORMAN T. WATSON

VS.                                                                  **ADVERSARY NO. 1300101EE**

MISSISSIPPI DEPARTMENT OF REVENUE

### FINAL JUDGMENT ON THE *DEFENDANT/CREDITOR MISSISSIPPI DEPARTMENT OF REVENUE'S SECOND AMENDED MOTION TO DISMISS ADVERSARY COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT*

Consistent with the Court's Opinion dated contemporaneously herewith,

**IT IS THEREFORE ORDERED** that the request for summary judgment contained

in the *Defendant/Creditor Mississippi Department of Revenue's Second Amended Motion to Dismiss*

*Adversary Complaint, or, in the Alternative, Motion for Summary Judgment* (Adv. Dkt. #42) is well-

taken and judgment is hereby granted in favor of the Mississippi Department of Revenue.

Page 1 of 2

**IT IS FURTHER ORDERED** that the motion to dismiss contained in the *Defendant/Creditor Mississippi Department of Revenue's Second Amended Motion to Dismiss Adversary Complaint, or, in the Alternative, Motion for Summary Judgment* (Adv. Dkt. #42) is hereby denied as moot.

**IT IS FURTHER ORDERED** that the indebtedness of Norman T. Watson to the Mississippi Department of Revenue in the amount of $240,588.02 is nondischargeable.

**## END OF ORDER ##**
